AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

FILED
DEC 10 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)
v. )
) Case No. 5:18-cr-00001-JLT
RALPH E. BRISBIN, )
)

**ORDER SETTING CONDITIONS OF RELEASE**
**(Misdemeanor)**

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) Time served to 1 day in custody;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant shall not be in the Randsburg Waste Disposal area except during regular business hours.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 12/10/2018

_Defendant's signature_

Date: 12/10/18

_Judicial Officer's Signature_

Jennifer L. Thurston, U.S. Magistrate Judge
_Printed name and title_